Judge McDade,     19-10007     6/2/22

    Hello your Honor. My name is Anthony Alfaro I'm due to come in front of you via telephone June 15th. Well as of yesterday I talked to Chris McCall who was representing me and as you may know by now is withdrawing from my case. My mother was paying him then due on hard times and the Pandemic she was not able to finish. I'm writing to ask if you'll grant me a public defender. Your honor I'm not trying to slow down this court date, due to I know you're busy. I hope this reaches you in time and you grant me this. I'll be looking forward to hearing from you. Thank you for your time and God Bless.

Anthony Alfaro

FILED
JUN - 9 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



Anthony, Alfaro #22710-026
Thomson Satellite Camp
PO Box 1002
Thomson, Ill   61285

Judge McDade
122 U.S Courthouse
100 N.E Monroe St.
Peoria, Illinois   61602